# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHAYNA COCHE and CEDRIC COCHE,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED WHOLESALE MORTGAGE, LLC and UNITED SHORE FINANCIAL SERVICES, LLC,<br><br>         Defendants. | Case No. 8:21-cv-00372 CJC(JDEx)<br><br>*The Honorable Cormac J. Carney*<br><br>ORDER |

   Upon consideration of the Stipulation of Dismissal filed by the parties, it is hereby:

   ORDERED that this matter is DISMISSED with prejudice; and

   IT IS FURTHER ORDERED that all parties will bear his, her, and its own attorneys' fees and costs;

   IT IS FURTHER ORDERED that this stipulation nullifies the purposes of all upcoming hearings scheduled in this matter; and

IT IS FURTHER ORDERED that all upcoming hearings in the above-referenced matter are vacated.

Dated: June 2, 2022

_____
Cormac J. Carney
United States District Judge